**Nathaniel M. COSTLEY, Sr., Plaintiff-Appellant,**

v.

**Christina STEINER; City of Westminster; Westminster City Police Department; Thomas Kowalczyk, Officer; Patricia Parks, Officer, Defendants-Appellees.**

No. 17-1128

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Nathaniel M. Costley, Sr., Appellant Pro Se. Alan H. Silverberg, SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY LLC, Baltimore, Maryland; Ernest I. Cornbrooks, IV, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellees.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Costley, Sr., appeals the district court's orders denying relief on his complaint in which he asserted claims pursuant to 42 U.S.C. § 1983 (2012) and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Costley v. Steiner*, No. 1:16-cv-01447-GLR (D. Md. Jan. 4, 2017 & Jan. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*